

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
01/26/2016

IN RE:                                                            CASE NO. 11–50004
Carlos Huerta                                                CHAPTER 13

     Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISRY

The following motion is GRANTED:

*69* – Motion to Deposit Funds into Court Registry. Filed by Trustee William E. Heitkamp (Attachments: # 1 Proposed Order) (Heitkamp, William)

These unclaimed funds may be deposited into the Registry of the Court:

         Amount: $ 37.11
         Owed to: CARLOS HUERTA

Signed and Entered on Docket: 1/26/16.

         by: <u>Kristy Love</u>
         Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.